LIQUIDATION ANALYSIS

| Type of Asset | Pledged or encumbered? | Estimated Liquidation Value | Estimated Costs of Sale | Amount realized for Secured Creditors | Trustee fee | Amount Realized for Unsecured Creditors |
|---|---|---|---|---|---|---|
| Plant | yes | $1,753,811.00 | 0 | $1,753,811.00 | 0 | 0 |
| Security deposit | yes | $55,558.00 | 0 | $55,558.00 | 0 | 0 |
| Tools and Equipment | yes | $650,375.00 | 15% | $552,818.75 | 0 | 0 |
| Raw Material | yes | $3,600,000.00 | 15% | $3,060,000.00 | 0 | 0 |
| Computer Equipment | yes | $186,905.00 | 15% | $158,869.25 | 0 | 0 |
| Accounts Receivable | yes | $65,431.00 | 15% | $55,616.35 | 0 | 0 |

Values of personal property are estimated to be 50% of book value, except that the value of raw material is estimated to be 25% of book value

Assumes that some of the security deposit would be paid to the gas company; balance to secured creditors