# EXHIBIT D - SUMMARY OF CREDITOR CLAIM AMOUNTS

| CLASS | CLAIM NO. | CLAIMANT | ADDRESS | CITY, STATE, ZIP | CLAIM AMOUNT |
|-------|-----------|----------|---------|------------------|--------------|
| 1 | 50 | PIONEER BANK | P. O. BOX 550 | ROSWELL, NM 88202 | 3,072,385.78 |

# EXHIBIT D - SUMMARY OF CREDITOR CLAIM AMOUNTS

| CLASS | CLAIM NO. | CLAIMANT | ADDRESS | CITY, STATE, ZIP | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 2 | 72 | JAMES A. LUDVIK | 3900 SOUTH TELLER ST | LAKEWOOD, CO 80235 | 37,675,091.00 |

# EXHIBIT D - SUMMARY OF CREDITOR CLAIM AMOUNTS

| CLASS | CLAIM NO. | CLAIMANT | ADDRESS | CITY, STATE, ZIP | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 4 | | JAMES A. LUDVIK | 3900 SOUTH TELLER ST | LAKEWOOD, CO 80235 | 3,197,202.03 |

# EXHIBIT D - SUMMARY OF CREDITOR CLAIM AMOUNTS

| CLASS | CLAIM NO. | CLAIMANT | ADDRESS | CITY, STATE, ZIP | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 6 | 41 | ABF FREIGHT SYSTEMS | P.O. BOX 10048 | FORT SMITH, AR 72917-0048 | 1,136.31 |
| 6 | 38 | ACME SPECIALTY MFG CO | 3101 MONROE ST | TOLEDO, OH 4360 | 9,677.40 |
| 6 | 54 | ALINABAL INC | 28 WOODMONT ROAD | MILFORD, CT 06460 | 13,678.42 |
| 6 | 4 | ALLEGIS CORPORATION | 3895-A CORSAIR STREET | RENO, NV 89502 | 11,153.43 |
| 6 | 27 | ALLIED MACHINING CO INC | 50 PROGRESS CIRCLE | NEWINGTON, CT 06111 | 21,833.22 |
| 6 | 6 | AMERICAN PUBLIC TRANSPORTATION | 1666 K STREET NW, SUITE110 | WASHINGTON, DC 20006 | 3,654.00 |
| 6 | 23 | BARNES DISTRIBUTION | GALLERIA & TOWER AT ERIEVIEW 1301 E 19TH STREET, SUITE 700 | CLEVELAND, OH 60055 | 396,113.05 |
| 6 | 21 | BENDIX COMMERCIAL VEHICLE | 901 CLEVELAND ST | ELYRIA, OH 60675 | 81,135.62 |
| 6 | 13 | BRAKE SYSTEMS INCORPORATED | 2221 NE HOYT | PORTLAND, OR 97232 | 1,477.49 |
| 6 | 56 | BRAKE SYSTEMS INCORPORATED | 2221 NE HOYT | PORTLAND, OR 97232 | 441.86 |
| 6 | 55 | C & F ENGINEERING, INC | P. O. BOX 1657 | LAMAR, CO 81052 | 14,022.39 |
| 6 | 48 | CAIN INDUSTRIES | P. O. BOX 189 | GERMANTOWN, WI 53022-0189 | 21,786.83 |
| 6 | 30 | CANANWILL INC | 1000 MILWAUKEE AVE | GLENVIEW, IL 60025 | 18,330.23 |
| 6 | 58 | CUSTOM COATING LLC | 1706 E. 2ND STREET | ROSWELL, NM 88201 | 2,096.00 |
| 6 | 57 | DAVCO TECHNOLOGY, LLC | P. O. BOX 487 | SALINE, MI 48176 | 26,985.00 |
| 6 | 51 | DENVER RUBBER COMPANY | 2340 W. 2ND AVENUE | DENVER, CO 80223 | 2,431.25 |
| 6 | 7 | DORAN MANUFACTURING | 2851 MASSACHUSETTS AVE | CINCINNATI, OH 45225 | 2,305.71 |
| 6 | 63 | FABRI-TECH, INC | P. O. BOX 510260 | NEW BERLIN, WI 53151 | 47,665.00 |
| 6 | 59 | FIBER PAD, INC. | 730 N. POST OAK ROAD, SUITE 100 | HOUSTON, TX 77024 | 178,154.24 |
| 6 | 37 | FORTUNE TRANSPORTATION | 3306 EAST GRAND PLAINS RD | ROSWELL, NM 88203 | 794.40 |
| 6 | 16 | HEALTH QUEST | 3731 NANTICOKE ROAD | ROSWELL, NM 88203 | 175.39 |
| 6 | 25 | HEI-TEK AUTOMATION | 21602 N 2ND AVE, SUITE 4 | PHOENIX, AZ 85027 | 604.58 |
| 6 | 20 | HI-GRADE WELDING & MANUFACTU | 300 BOND STREET | ELK GROVE VILLAGE, IL 60007 | 854,525.62 |
| 6 | 36 | HYDRAULIC TUBES & FITTINGS INC | 352 INDUSTRIAL PARKWAY, SUITE 4 | IMLAY CITY, MI 48444 | 95,106.59 |
| 6 | 15 | ITSQUEST, INC | 3845 50TH STREET | LUBBOCK, TX 79413 | 21,023.54 |
| 6 | 39 | KENRAY CORPORATION | 695 APSEN RIDGE DRIVE | LAFAYETTE, CO 80026-9341 | 66,071.81 |

# EXHIBIT D - SUMMARY OF CREDITOR CLAIM AMOUNTS

| CLASS | CLAIM NO. | CLAIMANT | ADDRESS | CITY, STATE, ZIP | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 6 | 62 | KEY COMMUNICATIONS, INC. | P. O. BOX 1436 | ROSWELL, NM 88202 | 14,440.29 |
| 6 | 66 | MCI SERVICE PARTS, INC | 1700 GOLF ROAD, SUITE 500 | SCHAUMBURG, IL 60173 | 8,327.44 |
| 6 | 35 | METALCRAFT INDUSTRIES, INC. | 8 GARDEN CENTER | BROOMFIELD, CO 80020 | 253,218.91 |
| 6 | 61 | MICRO METALS, INC.. | 4715 N CHESTNUT ST | COLORADO SPRINGS, CO 80907 | 69,211.65 |
| 6 | 29 | MOTOR COACH INDUSTRIES | 1700 EAST GOLF RD, SUITE 500 | SCHAUMBURG, IL 60173 | 8,327.44 |
| 6 | 8 | MSC INDUSTRIAL SUPPLY COMPANY | 75 MAXESS RD | MELVILLE, NY 11747-3151 | 304.50 |
| 6 | 44 | NATIONAL TRADE PRODUCTIONS | NTP C/O METRO GROUP, INC., 61 BROADWAY, SUITE 1410 | NEW YORK, NY 19006 | 28,000.00 |
| 6 | 22 | NEW MEXICO MANUFACTURING, LLC | 72 EARL CUMMINGS LOOP WEST | ROSWELL, NM 88203 | 261,669.99 |
| 6 | 34 | NEWARK | 1620 WEST FOUNTAINHEAD PKWY, SUITE 301 | TEMPE, AZ 60094-4152 | 63,229.50 |
| 6 | 18 | NEWINLI INTERNATIONAL, INC | 1424 ARROW HIGHWAY | IRWINDALE, CA 91706 | 5,068.00 |
| 6 | 67 | PARKWAY METAL PRODUCTS, INC | 130 RAWLS ROAD | DES PLAINES, IL 60018 | 1,237,835.75 |
| 6 | 10 | PRACTICAL ROBOTIC SERVICES, LL | 149 GRASSY PLAIN STREET UNIT B-2 | BETHEL, CT 06801 | 1,013.30 |
| 6 | 14 | PUROSIL | 708 S TEMESCAL ST, SUITE 102 | CORONA, CA 92870 | 2,000.00 |
| 6 | 33 | PYRAMID MOULDINGS | 4630 COUNTY ROAD, 209 S. | GREEN COVE SPRINGS, FL 32043 | 4,748.79 |
| 6 | 43 | REPUBLIC DIE & TOOL | 45000 VAN BORN RD | BELLEVILLE, MI 48111-1152 | 450,128.94 |
| 6 | 5 | RICON CORPORATION | 7900 NELSON ROAD | PANORAMA City, CA 91402 | 216,874.00 |
| 6 | 47 | RIDEWELL CORPORATION | P.O. BOX 4586 | SPRINGFIELD, MO 65808 | 49,280.00 |
| 6 | 52 | RIVER DRIVE MANUFACTURING | 200 N. SERVICING RD. WEST, UNIT 31, SUITE 484 | OAKVILLE, ONTARIO, CANADA L6M 2YI | 3,174.40 |
| 6 | 2 | SAVAIR INC | 48500 STRUCTURAL DRIVE | CHESTERFIELD TOWNSHIP, MI 48051 | 67.88 |
| 6 | 11 | SAYLOR PRODUCTS CORPORATION | 17484 SAYLOR LANE | GRAND RAPIDS, OH 43502 | 1,439.50 |

# EXHIBIT D - SUMMARY OF CREDITOR CLAIM AMOUNTS

| CLASS | CLAIM NO. | CLAIMANT | ADDRESS | CITY, STATE, ZIP | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 6 | 65 | SECURITAS SECURITY SERVICES USA, INC. | 4330 PARK TERRACE DRIVE | WESTLAKE VILLAGE, CA 91361 | 57,715.36 |
| 6 | 31 | SIERRA MACHINERY, INC | 939 HAWKINS | EL PASO, TX 79915 | 166.13 |
| 6 | 1 | SOS STAFFING | P. O. BOX 27008 | SALT LAKE CITY, UT 84127 | 6,511.62 |
| 6 | 70 | SOUTHCO, INC. | P. O. BOX 0116 | CONCORDVILLE, PA 19331 | 15,303.40 |
| 6 | 12 | SOUTHWEST BEARING CO. C/O K & F ENTERPRISES | 809 E. MCGAFFEY | ROSWELL, NM 88202 | 8,108.36 |
| 6 | 64 | TELLA TOOL & TMG COMPANY | 4343 COMMERCIAL CT., SUITE 415 | LISLE, IL 60532 | 43,662.71 |
| 6 | 46 | TERMO KING CORP. | 341W. 90TH STREET | BLOOMINGTON, MN 55420 | 252,075.00 |
| 6 | 60 | THERMAL STRUCTURES INC | 2362 RAILROAD STREET | CORONA, CA 92880-5410 | 47,059.68 |
| 6 | 24 | TRUCK ACCESSORY OF ROSWELL | 800 N. MAIN | ROSWELL NM 88201 | 8,432.00 |
| 6 | 40 | VEYANCE TECHNOLOGIES, INC. | 703 S. CLEVELAND MASSILLION RD. | FAIRLAWN, OH 44333 | 34,816.49 |
| 6 | 71 | VIC BROWN SALES INC. DBA BVS MANUFACTURING, INC. | 8005 EDITH NE | ALBUQUERQUE, NM 87113 | 8,047.10 |
| 6 | 68 | WAGNER EQUIPMENT CO. | 316 OSUNA ROAD NE, UNIT 201 | ALBUQUERQUE, NM 87107 | 1,144,722.92 |
| 6 | 3 | WESTERN ENVIRONMENTAL, LTD | P.O. BOX 1807 | CARLSBAD, NM 88220 | 3,122.82 |
| 6 | 17 | WESTERN RUBBER & SUPPLY, INC | 7888 MARATHON DR, SUITE F | LIVERMORE, CA 94550 | 6,854.40 |
| 6 | 69 | WOLVERINE DIE CAST LIMITED | 22550 NAGEL AVE | WARREN, MI 48089 | 2,370.13 |
| 6 | 19 | XEROX CAPITAL SERVICES, LLC | P.O. BOX 660506 | DALLAS, TX 75266-9937 | 13,680.24 |