UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

# BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class __ claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

_____ ACCEPTS THE PLAN                    _____ REJECTS THE PLAN

DATED: _____      _____
                         (Print or Type Name of Creditor)
                         _____
                         (Signature)
                         _____
                         Title (if a corporation or other entity)
                         Address: _____
                         _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

# BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class \_\_\_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 1 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

\_\_\_\_\_ ACCEPTS THE PLAN                               \_\_\_\_\_ REJECTS THE PLAN

DATED: _____          _____
                                  (Print or Type Name of Creditor)
                                  _____
                                  (Signature)
                                  _____
                                  Title (if a corporation or other entity)
                                  Address: _____
                                  _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class \_\_\_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 2 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

\_\_\_\_\_ ACCEPTS THE PLAN               \_\_\_\_\_ REJECTS THE PLAN

DATED: _____       _____
                              (Print or Type Name of Creditor)
                              _____
                              (Signature)
                              _____
                              Title (if a corporation or other entity)
                              Address: _____
                              _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class \_\_\_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 3 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

\_\_\_\_\_ ACCEPTS THE PLAN                \_\_\_\_\_ REJECTS THE PLAN

DATED: _____      _____
                             (Print or Type Name of Creditor)
                             _____
                             (Signature)
                             _____
                             Title (if a corporation or other entity)
                             Address: _____
                             _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

# BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class \_\_\_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 4 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

\_\_\_\_\_ ACCEPTS THE PLAN             \_\_\_\_\_ REJECTS THE PLAN

DATED: _____        _____
                             (Print or Type Name of Creditor)
                             _____
                             (Signature)
                             _____
                             Title (if a corporation or other entity)
                             Address: _____
                             _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

# BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 5 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

_____ ACCEPTS THE PLAN            _____ REJECTS THE PLAN

DATED: _____     _____
                        (Print or Type Name of Creditor)
                        _____
                        (Signature)
                        _____
                        Title (if a corporation or other entity)
                        Address: _____
                        _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

# BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 6 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

_____ ACCEPTS THE PLAN         _____ REJECTS THE PLAN

DATED: _____        _____
                            (Print or Type Name of Creditor)
                            _____
                            (Signature)
                            _____
                            Title (if a corporation or other entity)
                            Address: _____
                            _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

Case No. 8-12848-s11

Debtor.

# BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 7 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

_____ ACCEPTS THE PLAN                              _____ REJECTS THE PLAN

DATED: _____        _____
                           (Print or Type Name of Creditor)
                           _____
                           (Signature)
                           _____
                           Title (if a corporation or other entity)
                           Address: _____
                           _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,

                                                     Case No. 8-12848-s11

      Debtor.

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Debtor in possession Millennium Transit Services, LLC ("Debtor" or "MTS") filed a Plan of Reorganization on October 28, 2010 (the "Plan"). The Court has approved the Debtor's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from MTS' bankruptcy counsel, David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102, (505) 766-9272 (voice); (505) 766-9287 (fax); dthuma@thumawalker.com (e-mail). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class \_\_\_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by David T. Thuma of Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102 on or before _____, and such deadline is not extended, your vote will not be counted as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a Class 8 claim against MTS, in the unpaid amount of $_____. The undersigned hereby

(Check One)

\_\_\_\_\_ ACCEPTS THE PLAN                                         \_\_\_\_\_ REJECTS THE PLAN

DATED: _____     _____
                                        (Print or Type Name of Creditor)
                                        _____
                                        (Signature)
                                        _____
                                        Title (if a corporation or other entity)
                                        Address: _____
                                        _____

**RETURN THIS BALLOT, SO THAT IT IS <u>RECEIVED</u> ON OR BEFORE _____, TO:**

David T. Thuma, Thuma & Walker P.C., 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.