# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: Millennium Transit Services, LLC,

Debtor.                                          Case No. 8-12848-s11

## OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT

COMES NOW Pioneer Bank, State of New Mexico Investment Council and the City of Roswell (all collectively referred to herein as "Pioneer") by and through their attorney Sanders, Bruin, Coll & Worley, P.A. (Clarke C. Coll) and hereby files this Objection to Debtor's Disclosure Statement filed on October 28, 2010, and in support thereof states as follows:

1. Part 2.a. under IX. Summary of the Disclosure Statement states the following:

    Class 1 (Secured Claim of Pioneer Bank). The Class 1 Claim shall be paid in accordance with the pre-petition loan documents, without modification. The first payment shall be made on the Initial Payment Date, and subsequent payments shall be made monthly. The Holder of the Class 1 Claim shall retain its liens on the same property against which it had or are determined to have had a lien Pre-Petition. Except as otherwise provided in this Plan or other order of the Court, the terms and provisions set forth in the Pre-Petition Agreements between the Debtor and the Holder of the Class 1 Claim will remain in effect after the Effective Date.

2. To the extent the Disclosure Statement does not address nor clearly provide for treatment of the post-bankruptcy petition arrearage totaling approximately $1.2 million, it is deficient.

WHEREFORE, Pioneer prays that this court will direct the Debtor to correct the deficiencies in the Disclosure Statement and for such other and further relief as the Court deems proper and just.

Respectfully Submitted,
Sanders, Bruin, Coll & Worley, P.A.

Clarke C. Coll/S/Submitted Electronically
Clarke C. Coll
Attorney for Pioneer Bank, et al.
P.O. Box 550
Roswell, NM 88202
(575)622-5440

I certify that on this Tuesday, November 23, 2010, I mailed a copy of the foregoing to David T. Thuma, Thuma & Walker, Attorneys for the Debtor, 500 Marquette N.W., Suite 650, Albuquerque, NM 87102.

Clarke C. Coll