UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MILLENNIUM TRANSIT SERVICES, LLC,        Case No. 08-12848-s11

    Debtor.

## TALLY OF BALLOTS

The Debtor submits the following Tally of Ballots on its Plan of Reorganization:

| Class | Number in Class | Accepted Votes | Rejected Votes | Accepted Dollars | Rejected Dollars |
|---|---|---|---|---|---|
| 1. Pioneer Bank, State of NM Investment Counsel, and City of Roswell | 1 | 1 | 0 | $3,024,722.52 | $0 |
| 2. Pre-Petition Secured Claim of James A. Ludvik | 1 | 1 | 0 | $37,675,091.00 | $0 |
| 3. Other Secured Claims | 0 | 0 | 0 | $0 | $0 |
| 4. Post-Petition Secured Claim of James A. Ludvik | 1 | 1 | | $3,197,202.03 | |
| 5. Priority Claims | 0 | 0 | 0 | $0 | $0 |
| 6. General Unsecured | 21 | 17 | 4 | $4,142,705.57 | $616,375.34 |
| 7. Post-Petition Liabilities | 0 | 0 | 0 | 0 | 0 |
| 8. Equity | 1 | 1 | | | |

The ballots cast, which are summarized above, are attached hereto as <u>Exhibit A</u>.

THUMA & WALKER
a Professional Corporation


By: s/filed electronically
    David T. Thuma
    500 Marquette NW, Suite 650
    Albuquerque, New Mexico 87102
    (505) 766-9272
    (505) 766-9287 (fax)
    dthuma@jtwlawfirm.com
Attorneys for the Debtor