UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor:  Millennium Transit Services, LLC
Case Number:    08-12848-s11

Date/Time:    2/10/2011 1:30 PM
Bankruptcy Judge:   James Starzynski
Law Clerk:  James Burke
Courtroom Deputy:  James Burke

Approval of Chapter 11 Plan

APPEARANCES:

Atty for Debtor:  David Thuma
Atty for Pioneer Bank:  Clarke Coll (by phone)
Atty for Unsecured Creditors Committee:  George Moore
Atty for Wagner Equipment Co:  Eric Norvell


Proceedings:

I certify that an electronic sound recording of this proceeding was made.

TIME STARTED:   1:32            TIME ENDED:   1:57
Proffer of evidence,  Case confirmed without objection.  Thuma to do order.