UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF

IN RE: 08-12848-m11                    }          CASE NUMBER
                                       }
                                       }
                                       }
                                       }
DEBTOR(S).   Millennium Transit Services, LLC }          CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM __1/1/2011__ TO __1/31/2011__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_____
Debtor's Authorized Representative

Debtor's Address                          Address and Phone Number
and Phone Number:                         of Debtor's Attorneys:

___42 Earl Cumming Loop West___           ___500 Marquette N.W., Suite 650___

___Roswell, NM 88203___                   ___Albuquerque, N.M. 87102___


___(303)-781-9601___                      ___(505) 766-9272___

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 15th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r20/Region_20.htm.
1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

**For the Period Beginning** 1/01/11 **and Ending** 1/31/2010

Name of Debtor: Millennium Transit Services, LLC          Case Number: 08-12848-m11

Date of Petition: 08-29-08

|  | MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 179,815.90 (a) | $ 4,884.17 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $ - | #VALUE! |
| Minus: Cash Refunds | $ - | $ - |
| Net Cash Sales | $ - | $ - |
| B. Accounts Receivable | $ 13,831.15 | $ 293,155.60 |
| C. Other receipts(See MOR-3) | $ 202,746.48 | $ 3,202,193.47 |
| **3. TOTAL RECEIPTS(Lines 2A+2B+2C)** | $ 216,577.63 | $ 3,495,349.07 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS(LINE1 + LINE 3)** | $ 396,393.53 | $ 3,500,233.24 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | $ - | $ - |
| B Bank Charges | $ 238.20 | $ 4,377.47 |
| C. Contract Labor | $ - | $ - |
| D. Fixed Assets Payments (not incl. in "N") | $ - | $ - |
| E. Insurance | $ 120,849.81 | $ 695,676.22 |
| F. Inventory Payments (See Attach. 2) | $ - | $ - |
| G. Leases | $ 1,108.71 | $ 32,269.53 |
| H. Manufacturing Supplies | $ - | $ - |
| I. Office Supplies | | $ 343.91 |
| J. Payroll - Net | $ 21,339.08 | $ 821,821.75 |
| K. Professional Fees ( Accounting & Legal) | $ 1,174.46 | $ 19,356.83 |
| L. Rent | $ 1,483.33 | $ 22,416.47 |
| M. Repairs & Maintenance | | $ 1,193.59 |
| N. Secured Creditor Payments | $ - | $ - |
| Q. Taxes Paid - Payroll (See Attachment 5C) | $ 10,953.46 | $ 384,756.88 |
| P. Taxes Paid - Sales  & Use (See Attachment 5C) | $ - | $ - |
| Q. Taxes Paid - Other (See Attachment 5C) | $ - | $ 132,878.41 |
| R. Telephone | $ 827.57 | $ 25,660.41 |
| S. Travel & Entertainment | $ - | $ - |
| T. U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 38,675.00 |
| U. Utilities | $ 19,491.23 | $ 391,518.90 |
| V. Vehicle Expenses | $ - | $ - |
| W. Other Operating Expense (See MOR-3) | $ 21,607.83 | $ 736,843.02 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru 5W)** | $ 203,948.68 | $ 3,307,788.39 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | $ 192,444.85 | $ 192,444.85 |

MOR - 2

**For the Period Beginning 1/01/2011 and Ending 1/31/2011**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write Totals on page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| D.I.P. Loan | $ 202,646.72 | $ 3,045,154.22 |
| Pre-petition Bank Account Payroll Money used | $ 99.76 | $ 3,530.89 |
| Pre-petition Bank Account Interest | | $ 0.38 |
| Pre-petition Bank Account Bank Fees used | $ - | $ 1,678.14 |
| Pre-petition Credit for Returned parts Payment | $ - | $ 10,174.97 |
| Cobra -Reimbursement | | $ 27,551.48 |
| Work Comp Insurance - Refund | $ - | $ 42,695.00 |
| NM Gas Co. - Deposit Refund | $ - | $ 71,135.47 |
| Fiberpad Tooling Replacement Funds | | $ 45,016.62 |
| | | |
| TOTAL OTHER RECEIPTS: | $ 202,746.48 | $ 3,246,937.17 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations,etc.) Please describe below:**

| Loan Amount | Source Of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 167,185.73 | Officer | Operating Expenses | |
| 35,460.99 | Officer | Payroll | |

**OTHER DISBURSEMENTS:**

Decribe Each item of Other Disbursement aand List Amount of Disbursement. Write totals on Page MOR-2, Line 5W

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Roswell City Business License | | $ 105.00 |
| Texas Business Representation C&T | $ - | $ 517.00 |
| New Business - Development - Nigeria R. Rey | $ - | $ 20,000.00 |
| Employee Expense for Sales and Service | $ 459.77 | $ 32,360.47 |
| Employee 401k Contributions, Company Match, | $ - | $ 42,041.40 |
| Payroll Services | $ 456.88 | $ 10,424.59 |
| Shipping , Postage, Freight | $ 33.40 | $ 1,143.67 |
| Texas A&M University (Warranty) | $ - | $ 20,677.92 |
| Pennsylvania State University (R&D Testing) | $ - | $ 1,412.34 |
| Pennsylvania State University Tow Charges Altoona bus | $ - | $ 592.05 |
| Foley Catepiller (Customer Training Reimburse) | $ - | $ 2,275.00 |
| Stettner Miller, P.C. NYS DOL legal | $ - | $ 1,276.00 |
| NM Motor Vehicle Division Bus registration Altoona | $ - | $ 241.00 |
| Treasurer State of New Jersey | $ - | $ 150.00 |
| New Mexico Environment Dept. Air Quality | $ - | $ 3,525.85 |
| Pioneer Bank Interest (Adequate Payment Protect) | $ 17,050.26 | $ 494,457.54 |
| Pioneer Bank Parts Sales (Adequate Pay Prot) | $ 3,607.52 | $ 53,190.45 |
| Rib Crib Restraunt | $ - | $ 265.05 |
| Annual Software License Fee | $ - | $ 29,416.80 |
| Whitcamp Disposal | $ - | $ 334.08 |
| Lawrence Brothers IGA | $ - | $ 170.00 |
| New Mexico -MVD Truck/Trailer Reg. | $ - | $ 133.00 |
| Roswell City Waste Water Permit (5 years) | $ - | $ 50.00 |
| Prepaid parts for aftermarket sales orders | $ - | $ 11,577.04 |
| Flood & Peterson reimbursement check Cobra | $ - | $ 493.14 |
| Vendor tooling placement | $ - | $ 2,650.00 |
| Vicki Hobbs expense from Legal Deposition Wagner | $ - | $ 580.49 |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ 21,607.83 | $ 730,059.88 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR - 3

```
                                   Closing Period
          Description                  Balance
----------------------------------- ----------------
BALANCE SHEET
 ASSETS
  CURRENT ASSETS
CASH                                     107,545.54
ACCOUNTS RECEIVABLE                       12,709.00
INVENTORY – RAW MATERIALS             13,149,182.26
INVENTORY – WORK-IN-PROCESS              783,331.92
INVENTORY – FINISHED GOODS                    0.00
PREPAID ASSETS                           110,148.75
                                     ----------------
TOTAL CURRENT ASSETS                  14,162,917.47
                                     ----------------

NONCURRENT ASSETS
FIXED ASSET COST                       3,894,352.12
ACCUMULATED DEPRECIATION              (1,581,423.89)
                                     ----------------
FIXED ASSETS – NET                     2,312,928.23
                                     ----------------
PREPAID ASSETS                                0.00
                                     ----------------
TOTAL NONCURRENT ASSETS                2,312,928.23
                                     ----------------
TOTAL ASSETS                          16,475,845.70
                                     ================
LIABILITIES
 CURRENT LIABILITIES
ACCOUNTS PAYABLE                      (4,864,534.29)
OTHER PAYABLES                        (4,255,094.03)
PAYROLL, TAX, INSURANCE LIAB.           (295,207.83)
OTHER LIABILITIES                             0.00
CURRENT PORTION LONG-TERM DEBT       (35,157,713.91)
                                     ----------------
TOTAL CURRENT LIABILITIES            (44,572,550.06)
                                     ----------------

NONCURRENT LIABILITIES
LONG-TERM DEBT                          (955,735.06)
SUBORDINATED DEBT                             0.00
                                     ----------------
TOTAL NONCURRENT LIABILITIES            (955,735.06)
                                     ----------------
TOTAL LIABILITIES                    (45,528,285.12)
                                     ----------------

MEMBERS' EQUITY
CAPITAL CONTRIBUTED                   (2,070,901.18)
RETAINED EARNINGS                     30,900,950.94
CURRENT YEAR NET (INCOME) LOSS           224,302.48
                                     ----------------
TOTAL MEMBERS' EQUITY                 29,054,352.24
                                     ----------------
TOTAL LIABILITIES & EQUITY           (16,473,932.88)
                                     ================
```

```
                                                       Closing Period
               Description                 Debits          Balance
-----------------------------------------  ----------------  ----------------
INCOME STATEMENT
SALES & REVENUES                              (2,692.02)        (2,692.02)
COST OF SALES                                178,783.48        178,783.48
                                           ----------------  ----------------
GROSS PROFIT                                 176,091.46        176,091.46
                                           ----------------  ----------------
SELLING & MARKETING EXPENSE                       40.00             40.00
GENERAL & ADMINISTRATIVE EXP.                 31,120.76         31,120.76
                                           ----------------  ----------------
TOTAL SELLING, GENERAL, ADMIN.                31,160.76         31,160.76
                                           ----------------  ----------------
OPERATING INCOME                             207,252.22        207,252.22
                                           ----------------  ----------------
INTEREST EXPENSE                              17,050.26         17,050.26
                                           ----------------  ----------------
NET (INCOME) LOSS                            224,302.48        224,302.48
                                           ================  ================
```

**ATTACHMENT 1**

Name of Debtor:  Millennium Transit Services, LLC                Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

ACCOUNTS RECEIVABLE AT PETITION DATE:   $65.431.49

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | |
|---|---|
| Beginning of Month Balance | $ 23,848.23 |
| PLUS: Current Month New Billings | $   2,692.02 |
| MINUS: Collection During the Month | $ 13,831.15 |
| PLUS/MINUS: Adjustments or Writeoffs | |
| End of Month Balance | $ 12,709.10 |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
Entry error correction

## POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $  2,692.02 | $    6,056.89 | $    2,249.45 | $    1,710.74 | $  12,709.10 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| Northeast Diesel Ser. | 6/24/2009 | Customer having financial problems, have filed bankruptcy |
| Peter Pan | 4/17/2009 | Customer paid invoice but not tax working to reconcile |
| Prevost | various | Received partial expediting balance |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

Name of Debtor:  Millennium Transit Services, LLC            Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 1/19/2009 | 69 | Moore, Berkson& g | UCC Attourney Fee approved 25% withheld | $ 656.78 |
| | | TOTAL AMOUNT | | $ 656.78 (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

Pre Petition AP adjustments made for return to vendor's paperwork found in desk verified by supplier

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ | 656.78 |
| PLUS: New Indebtedness Incurred This Month | $ | 170,961.06 |
| MINUS: Amount Paid on Post Petition, | $ | 171,611.06 |
| Accounts Payable This Month | | |
| PLUS/MINUS: Adjustments | $ | (650.00) |
| Ending Month Balance | $ | 656.78 | $ | - |

*For any adjustments provide explanation and supporting documentation, if applicable.
Corrected double entry on invoice during the month

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Due This Month | Payment Paid This Month | Amount Payments Month | Number of Post Petition Payments Delinquent | Number Total Amount of Post Petition Delinquent |
|---|---|---|---|---|---|
| | | | None | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

**INVENTORY REPORT**

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 15,938,216.03 |
| INVENTORY RECONCILIATION: | |
|     Inventory Balance at Beginning of Month | $ 13,933,099.94 |
|       PLUS: Inventory Purchased During Month | |
|       MINUS: Inventory Used or Sold | $ 585.76 |
|       PLUS/MINUS: Adjustments or Write-downs | |
|     Inventory on Hand at End of Month | $ 13,932,514.18 |

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 0% | 46% | 51% | 3% | 100% |

\* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**
Inventory sold to Millennium by previous owners which was deemed usable in the
early development of MTS. Parts Purchased before design was complete or
to wrong print.

**FIXED ASSET REPORT**

| | |
|---|---|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: | $ 3,939,368.74 |
| (Includes Property, Plant and Equipment) | |

BRIEF DESCRIPTION (First Report Only):
Manufacturing Plant, Tools and fixtures to build RTS city transit buses. Includes office equipment,
Computer hardware and software.

| | |
|---|---|
| FIXED ASSETS RECONCILIATION: | |
| Fixed Asset Book Value at Beginning of Month | $ 2,338,927.62 |
|     MINUS:  Depreciation Expense | $ 25,999.39 |
|     PLUS:  New Purchases | $ - |
|     PLUS/MINUS: Adjustments or Write-downs | |
| Ending Monthly Balance | $ 2,312,928.23 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.
Reimbursement for tooling destroyed at suppliers facility by fire
BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r20/Region_20.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Guarantee Bank & Trust          BRANCH:

ACCOUNT NAME:  Millennium Transit Services,LLC   ACCOUNT NUMBER:          1300046064

PURPOSE OF ACCOUNT:    OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ | - |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:

_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

**Reason for Cash Disbursement**

Account closed as it was not in DIP approval bank Funds moved to new
DIP Account in New Mexico Bank & Trust.

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
 "Total Amount of Outstanding Checks and other debits", listed above, includes:

$___Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Name of Debtor:  Millennium Transit Services, LLC          Case Number:   08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

NAME OF BANK:       Guarantee Bank & Trust

ACCOUNT NAME:       Millennium Transit Services,LLC

ACCOUNT NUMBER:      1300046064

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check

| Date | Type | Description | Amount |
|------|------|-------------|--------|

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r20/Region_20.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    New Mexico Bank & Trust          BRANCH:

ACCOUNT NAME:   Millennium Transit Services,LLC    ACCOUNT NUMBER:          616 310 9

PURPOSE OF ACCOUNT:    OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ 254,862.88 |
| Plus Total Amount of Outstanding Deposits | $    2,229.94 |
| Minus Total Amount of Outstanding Checks and other debits | $ 150,649.95 |
| Minus Service Charges | |
| Ending Balance per Check Register | $ 106,442.87 |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:

**Note:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  (
☐ Check here if cash disbursements were authorized by United States Trustee)

**Reason for Cash Disbursement**

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
 "Total Amount of Outstanding Checks and other debits", listed above, includes:

$  5,426.74   Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

PHONE 505-830-8100 ALBUQUERQUE
PHONE 505-946-2500 SANTA FE
PHONE 575-762-4741 CLOVIS
**NEW MEXICO BANK & TRUST**
PO BOX 1048
ALBUQUERQUE NM 87103-1048



WWW.NMB-T.COM

*Happy Holidays from everyone at New Mexico Bank & Trust. We hope Great Things Happen for you and your family in 2011!*

```
***********AUTO**MIXED AADC 522
5846 0.8400 MB 0.382  21 58 41
```

**MILLENNIUM TRANSIT SERVICES LLC**
**DEBTOR IN PROSSESSION CASE 08-12848-11**
**42 EARL CUMMINGS LOOP WEST**
**ROSWELL NM 88203**

```
                                         6163109
                       PAGE NUMBER              1
                   STATEMENT DATE        01-31-11
                             ENC              20
```

---

```
          ACCOUNT TYPE:     ENTERPRISE CHECKING
          ACCOUNT NUMBER:      6163109
```

```
BEGINNING BALANCE 12-31-10                   128,434.08
+ DEPOSITS AND OTHER CREDITS                 216,807.12
- CHECKS AND OTHER WITHDRAWALS                90,250.82
- SERVICE FEES                                   127.50
ENDING BALANCE     01-31-11                  254,862.88
```

---

**DEPOSITS AND OTHER CREDITS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05/11 | DEPOSIT | 2,479.37 |
| 01/05/11 | WIRE TRANSFER IN | 20,961.11 |
| 01/07/11 | DEPOSIT | 3,515.54 |
| 01/11/11 | WIRE TRANSFER IN | 16,976.80 |
| 01/13/11 | DEPOSIT | 8,165.49 |
| 01/25/11 | WIRE IN JAMES A LUDVIK | 15,883.32 |
| 01/31/11 | WIRE IN JAMES A LUDVIK | 148,825.49 |

```
TOTAL # CREDITS        7        TOTAL CREDITS        216,807.12
```

**CHECKS PAID**

| NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE |
|---|---|---|---|---|---|
| 1634 | 402.19 | 01/07/11 | 1645 | 375.30 | 01/03/11 |
| 1636* | 772.90 | 01/07/11 | 1646 | .69 | 01/18/11 |
| 1637 | 4,544.00 | 01/06/11 | 1647 | 48.47 | 01/05/11 |
| 1638 | 20,743.69 | 01/03/11 | 1648 | 336.57 | 01/06/11 |
| 1639 | 252.10 | 01/05/11 | 1649 | 1,751.94 | 01/07/11 |
| 1640 | 451.48 | 01/03/11 | 1651* | 1,596.00 | 01/05/11 |
| 1642* | 352.06 | 01/05/11 | 1652 | 20,961.11 | 01/10/11 |
| 1643 | 833.33 | 01/10/11 | 1653 | 650.00 | 01/24/11 |
| 1644 | 718.00 | 01/04/11 | | | |

```
TOTAL # CHECKS PAID      17      TOTAL CHECKS PAID      54,789.83
```

**OTHER WITHDRAWALS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11/11 | WIRE TRANSFER OUT | 2,725.87 |
| 01/11/11 | WIREOUT-DOMESTIC FEE | 25.00 |
| 01/11/11 | WIRE TRANSFER OUT | 14,200.93 |
| 01/11/11 | WIREOUT-DOMESTIC FEE | 25.00 |
| 01/19/11 | Stop Payment Fee | 27.50 |
| 01/25/11 | WIRE OUT PAYCHEX OF NEW YORK | 15,833.32 |
| 01/25/11 | WIREOUT-DOMESTIC FEE | 25.00 |
| 01/25/11 | WIRE OUT MILLENNIUM TRANSIT LL | 2,700.87 |
| 01/25/11 | WIREOUT-DOMESTIC FEE | 25.00 |

```
TOTAL # OTHER WITHDRAWALS    9    TOTAL OTHER WITHDRAWALS    35,588.49
```

MEMBER FDIC

FOR A CHANGE OF NAME OR ADDRESS PLEASE COMPLETE THE FORM BELOW


EQUAL HOUSING
OPPORTUNITY

NAME _____

ADDRESS _____

CITY_____ STATE _____ ZIP_____

SOCIAL SECURITY_____

SIGNATURE _____ DATE _____

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement, and add to your register any interest posted on this statement.

2. Mark (✔) your register after each check listed on front of statement.

3. Check off deposits shown on the statement against those shown in your check register.

4. Complete the form at right.

5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance, and added the current interest.

## In Case of Errors or Questions About Electronic Transfers

Telephone us or write to us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

| NEW BALANCE TRANSFER AMOUNT FROM OTHER SIDE | $ |
|---|---|
| **ADD** DEPOSITS MADE SINCE ENDING DATE ON A STATEMENT | |
| | |
| | |
| **SUBTOTAL** | $ |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| TOTAL CHECKS NOT LISTED | ➝ | |
|---|---|---|
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | **BALANCE** | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE.

The AVERAGE DAILY BALANCE for each indicated range of balances is the sum of the individual daily balances within the range divided by the number of days in the billing cycle. To determine the amount of the FINANCE CHARGE: (i) multiply each average daily balance by the applicable periodic rate; (ii) multiply each of these results by the number of days in the billing cycle; (iii) if more than one range is indicated, add the products together.

## YOUR BILLING RIGHTS - KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at the address printed on this statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can call us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice.**

We must acknowledge your letter within 30 days, unless we have corrected the

error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. We will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we cannot collect the first $50 of the questioned amount even if your bill was correct.



*PHONE 505-830-8100 ALBUQUERQUE*
*PHONE 505-946-2500 SANTA FE*
*PHONE 575-762-4741 CLOVIS*
*NEW MEXICO BANK & TRUST*
*PO BOX 1048*
*ALBUQUERQUE NM 87103-1048*

**BANK & TRUST**
WWW.NMB-T.COM

Happy Holidays from everyone at New Mexico
Bank & Trust. We hope Great Things Happen
for you and your family in 2011!

*MILLENNIUM TRANSIT SERVICES LLC*
*DEBTOR IN PROSSESSION CASE 08-12848-11*
*42 EARL CUMMINGS LOOP WEST*
*ROSWELL NM 88203*

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/31/10 | 128,434.08 | 01/07/11 | 123,045.40 | 01/24/11 | 108,738.26 |
| 01/03/11 | 106,863.61 | 01/10/11 | 101,250.96 | 01/25/11 | 106,037.39 |
| 01/04/11 | 106,145.61 | 01/13/11 | 109,416.45 | 01/31/11 | 254,862.88 |
| 01/05/11 | 127,337.46 | 01/18/11 | 109,415.76 | | |
| 01/06/11 | 122,456.89 | 01/19/11 | 109,388.26 | | |



Deposit Amount $2,479.37   Date 01-05-11



Deposit Amount $3,515.54   Date 01-07-11



Deposit Amount $8,165.49   Date 01-13-11



Check 1634   Amount $402.19   01-07-11



Check 1636   Amount $772.90   01-07-11



Check 1637   Amount $4,544.00   01-06-11



Check 1638   Amount $20,743.69   01-03-11



Check 1639   Amount $252.10   01-05-11



Check 1640   Amount $451.48   01-03-11



Check 1642   Amount $352.06   01-05-11



Check 1643   Amount $833.33   01-10-11



Check 1644   Amount $718.00   01-04-11



Check 1645   Amount $375.30   01-03-11



Check 1646   Amount $0.69   01-18-11



Check 1647   Amount $48.47   01-05-11



Check 1648   Amount $336.57   01-06-11



Check 1649   Amount $1,751.94   01-07-11



Check 1651   Amount $1,596.00   01-05-11



Check 1652    Amount $20,961.11    01-10-11       Check 1653    Amount $650.00    01-24-11

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

NAME OF BANK:       New Mexico Bank & Trust

ACCOUNT NAME:      Millennium Transit Services,LLC

ACCOUNT NUMBER:    616 310 9

PURPOSE OF ACCOUNT:  <u>OPERATING</u>

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check

**See Attached**

```
Prepared : 02/11/11 11:54                    MILLENNIUM TRANSIT SERVICES                              Page :
Version  : 6.0.008                           Cash Book Consolidated Statement
```

<  Report options selected  >

```
Consolidated statement as of    : Prev month 1

From date                       : Lowest

To date                         : Highest

All,withdrawals or deposits     : All

Highlight missing checks        : Yes

Bank                            : All

Only print the selected period  : Yes
```

```
Posting                                          Reconciled
mth/yr          Date   Reference         Deposits     mth/yr   Narration
01/2011       01/11/11                  2,725.87  Y 01/2011   WIRE IN FROM NMBT
01/2011       01/25/11 PR FUND          2,700.87  Y 01/2011   WIRE IN FROM NMBT

                                       ------------------
Total deposits      1                    5,426.74
                                       ------------------


Posting                                          Reconciled
mth/yr    Check  Date   Reference     Withdrawals    mth/yr   Narration
01/2011         01/11/11 PR FUND             5.35  Y 01/2011   WIRE IN BANK FEE
01/2011         01/11/11 PR FUND             5.35  Y 01/2011   WIRE IN BANK FEE
01/2011         01/07/11 Mort life          99.76  Y 01/2011   Transamerica Mort Life
01/2011         01/14/11 PR Fund           293.25  Y 01/2011   PAYCHX INVOICE
01/2011         01/28/11 PR Fund           163.63  Y 01/2011   PAYCHX INVOICE
01/2011   14505 01/19/11 PR CHECK        2,427.27  Y 01/2011   PAYROLL CHECK
01/2011   14506 01/31/11 PR CHECK        2,427.27  Y 01/2011   PAYROLL CHECK

                                       ------------------
Total withdrawals   1                    5,421.88
                                       ------------------

-------- Bank summary : 1  --------

Total deposits    :        5,426.74
Total withdrawals :        5,421.88

Total        :             4.86
```

```
                                  -------------------
Total deposits       2                        0.00
                                  -------------------

Posting                                        Reconciled
mth/yr    Check    Date    Reference        Withdrawals   mth/yr    Narration
01/2011            01/31/11 Clse acct           100.00  Y 01/2011   Acct closed

                                  -------------------
Total withdrawals    2                      100.00
                                  -------------------

-------- Bank summary : 2  --------

Total deposits    :              0.00
Total withdrawals :            100.00

Total             :            100.00-
```

```
                                       -------------------
Total deposits      3                                0.00
                                       -------------------

                                       -------------------
Total withdrawals   3                                0.00
                                       -------------------

-------- Bank summary : 3  --------

Total deposits    :            0.00
Total withdrawals :            0.00

Total             :            0.00
```

```
Posting                                        Reconciled
mth/yr          Date   Reference          Deposits   mth/yr   Narration
01/2011      01/20/11 Jnl 00001          3,515.54 Y 01/2011  Created from bank deposit slip
01/2011      01/25/11 Jnl 00002            483.73 Y 01/2011  Created from bank deposit slip
01/2011      01/25/11 Jnl 00003          7,601.94 Y 01/2011  Created from bank deposit slip
01/2011      12/27/10 Ins reimb             79.82 Y 01/2011  Ins reimb
01/2011      01/25/11 Jnl 00004            895.08 N          Created from bank deposit slip
01/2011      01/25/11 Jnl 00005            149.39 N          Created from bank deposit slip
01/2011      01/25/11 Jnl 00006          1,185.47 N          Created from bank deposit slip
01/2011      01/05/11 DIP LOAN          20,961.11 Y 01/2011  WIRE IN KEY BANK
01/2011      01/11/11 DIP LOAN          16,976.80 Y 01/2011  WIRE IN KEY BANK
01/2011      01/25/11 DIP LOAN          15,833.32 Y 01/2011  WIRE IN KEY BANK
01/2011      01/31/11 DIP LOAN         148,825.49 Y 01/2011  WIRE IN KEY BANK
01/2011      01/25/11 DIP LOAN              50.00 Y 01/2011  Correct Entry amnt
01/2011      01/31/11 Corr entr             0.23 Y 01/2011  ck 1413 shortpay Tascosa
01/2011      01/31/11 Corr entr             0.60 Y 01/2011  ck 1610 shortpay Qwest
01/2011      01/31/11 Corr entr             0.10 Y 01/2011  ck 1636 shortpay Hyrdaquip
01/2011      01/31/11 Corr entr             0.10 Y 01/2011  AR deposit correct Southern Coach jnl 00026
                                       ------------------
Total deposits    4                      216,558.72
                                       ------------------

Posting                                        Reconciled
mth/yr    Check  Date   Reference      Withdrawals  mth/yr   Narration
01/2011          01/11/11 PR FUND       14,200.93 Y 01/2011  WIRE OUT JPM
01/2011          01/11/11 PR FUND           25.00 Y 01/2011  WIRE OUT FEE JPM
01/2011          01/25/11 PR FUND       15,833.32 Y 01/2011  WIRE OUT JPM
01/2011          01/11/11 PR FUND           25.00 Y 01/2011  WIRE OUT FEE JPM
01/2011          01/11/11 PR FUND           25.00 Y 01/2011  WIRE OUT FEE PBNK
01/2011          01/11/11 PR FUND        2,725.87 Y 01/2011  WIRE OUT TO PBNK
01/2011          01/25/11 PR FUND        2,700.87 Y 01/2011  WIRE OUT TO PBNK
01/2011          01/25/11 PR FUND           25.00 Y 01/2011  WIRE OUT FEE PBNK
01/2011          01/19/11 Stop pmnt         27.50 Y 01/2011  Stop payment charge
01/2011     1652 01/05/11 Comm.Gene     20,961.11 Y 01/2011  Supplier:0029557 IRG - AFFINITY INSURANCE
01/2011     1653 01/19/11 Monthly t        650.00 Y 01/2011  Supplier:0016621 MOORE INDUSTRIES 2ND TIER
        *** Missing check  ' 1654' ***
01/2011     1655 01/31/11 Interest      20,657.78 N          Supplier:0029302 PIONEER BANK
01/2011     1656 01/31/11 Gas Bill      12,412.68 N          Supplier:0029661 NEW MEXICO GAS COMPANY
01/2011     1657 01/31/11 Electric       6,859.34 N          Supplier:0029213 XCEL ENERGY
01/2011     1658 01/31/11 Water & S        219.21 N          Supplier:0029217 CITY OF ROSWELL-WATER DEPT.
01/2011     1659 01/31/11 Line in C        453.90 N          Supplier:0029245 QWEST
01/2011     1660 01/31/11 Long Dist         15.05 N          Supplier:0029244 QWEST
01/2011     1661 01/31/11 Direct Di        358.62 N          Supplier:0029245 QWEST
01/2011     1662 01/31/11 Land Leas        833.33 N          Supplier:0029231 ROSWELL INTERNATIONAL AIR
01/2011     1663 01/31/11 Monthly c        733.41 N          Supplier:0028180 XEROX CORPORATION
01/2011     1664 01/31/11 Monthly C        375.30 N          Supplier:0029258 CANON FINANCIAL SERVICES, INC
01/2011     1665 01/31/11 4th Qtr B      4,875.00 N          Supplier:0029656 U.S. Trustee
01/2011     1666 01/31/11 Medical m      3,309.22 N          Supplier:0029652 ANTHEM BLUE CROSS & BLUE SHIEL
01/2011     1667 01/31/11 SAB-empl/         48.47 N          Supplier:0029666 ANTHEM LIFE
01/2011     1668 01/31/11 Vision Pr         48.56 N          Supplier:0029211 AMERITAS LIFE INSURANCE CORP
01/2011     1669 01/31/11 Emp Suppl        336.57 N          Supplier:0029664 Guardian Life Insurance Co.
01/2011     1670 01/31/11 Work Comp      1,119.00 N          Supplier:0029662 MOUNTAIN STATES INSURANCE GRP
01/2011     1671 01/31/11 COMMERICA     95,026.88 N          Supplier:0029557 IRG - AFFINITY INSURANCE
01/2011     1672 01/31/11 Jan. Expe        459.77 N          Supplier:0029416 JIMMY STOUT
01/2011     1673 01/31/11 Expense r         33.40 N          Supplier:0029394 VICKI HOBBS
01/2011     1674 01/19/11 Monthly T        650.00 N          Supplier:0016621 MOORE INDUSTRIES 2ND TIER
01/2011     1675 01/31/11 MTS Legal      1,174.46 N          Supplier:0029660 JACOBVITZ,THUMA&WALKER PC
                                       ------------------
Total withdrawals  4                     207,199.55
                                       ------------------

-------- Bank summary : 4 --------

Total deposits    :      216,558.72
Total withdrawals :      207,199.55

Total             :        9,359.17

End of report
```

Name of Debtor: __Millennium Transit Services, LLC__                   Case Number: __08-12848-m11__

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r20/Region_20.htm.

| | |
|---|---|
| NAME OF BANK: __Pioneer Bank__ | BRANCH: |
| ACCOUNT NAME: __Millennium Transit Services,LLC__ | ACCOUNT NUMBER: __1300042514__ |
| PURPOSE OF ACCOUNT: __Payroll__ | |

| | |
|---|---|
| Ending Balance per Bank Statement | $ 2,076.58 |
| Plus Total Amount of Outstanding Deposits | $          - |
| Minus Total Amount of Outstanding Checks and other debits | |
| Minus Service Charges | $          - |
| Ending Balance per Check Register | $ 2,076.58 |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:

_____

The following disbursements were paid by Cash:

( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| 1/7/2011 | $ 99.76 | Occidental Life | Mortgage | Monthly Automatic Withdrawl |
| 1/11/2010 | $ 5.35 | Pioneer bank | Wire fee | Wire in Xfer fee |
| 1/14/2011 | $ 293.25 | Paychex | Payroll | Payroll Services fees |
| 1/25/2011 | $ 5.35 | Pioneer bank | Wire fee | Wire in Xfer fee |
| 1/25/2011 | $ 163.63 | PayChex | Payroll | Payroll Services fees |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).



## PIONEER BANK

P.O. Box 130 • Roswell, NM 88202
If you have any questions about your
statement, please call your local branch.
www.pioneerbnk.com
www.pioneerelpaso.com

# STATEMENT

SUMMARY OF YOUR ACTIVITY

| | | |
|---|---|---|
| STATEMENT DATE | | JAN 31 11 |
| STATEMENT NUMBER | | 0103150685 |
| BEGINNING BALANCE | | 2071.72 |
| DEPOSIT AMOUNT | + | 5426.74 |
| WITHDRAWAL AMOUNT | − | 5411.88 |
| SERVICE CHARGE | − | 10.00 |

DEBITS        2
CREDITS      2

ENDING BALANCE = 2076.58 ✓

MILLENNIUM TRANSIT SERVICES LLC
42 EARL CUMMINGS LOOP W
ROSWELL NM  88203-8446

TELL-A-FRIEND
AND
RECEIVE A FREE GIFT

BUSINESS FREE                    01-03150685

ACTIVITY BEGINNING            JAN 01 11                                        BALANCE SUMMARY

| DATE | DESCRIPTION | WITHDRAWALS | DEPOSITS | | BALANCE |
|---|---|---|---|---|---|
| | | | | $ | 2071.72 |
| JAN 07 | TRANSAMERICA INS INSPAYMENT  37L/A PPD | 99.76 | | $ | 1971.96 |
| JAN 11 | WIRE FROM MILLENNIUM TRANSIT SERV | | 2725.87 | $ | 4697.83 |
| JAN 11 | WIRE FEE | 5.00 | | $ | 4692.83 |
| JAN 11 | SALES TAX | .35 | | $ | 4692.48 |
| JAN 14 | PAYCHEX EIB INVOICE 110114 CCD X38475000002530 | 293.25 | | $ | 4399.23 |
| JAN 19 | CHECK NUMBER      14505 REF #980365464 | 2427.27 | | $ | 1971.96 |
| JAN 25 | WIRE FROM MILLENNIUM TRANSIT SERV | | 2700.87 | $ | 4672.83 |
| JAN 25 | WIRE FEE | 5.00 | | $ | 4667.83 |
| JAN 25 | SALES TAX | .35 | | $ | 4667.48 |
| JAN 28 | PAYCHEX EIB INVOICE 110128 CCD X38654400004272 | 163.63 | | $ | 4503.85 |
| JAN 31 | CHECK NUMBER      14506 REF #980425486 | 2427.27 | | $ | 2076.58 |

CHECKS PAID ON YOUR ACCOUNT

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14505 | 01/19 | 2427.27 | 14506 | 01/31 | 2427.27 | | | |

- 01 -

Case 08-12848-s11    Doc 184    Filed 02/18/11    Entered 02/18/11 08:56:43 Page 25 of 36

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## HOW TO BALANCE YOUR SAVINGS ACCOUNT

Starting with the balance on this statement, subtract all withdrawals not appearing and add all deposits not appearing. That figure should agree with the balance shown on the receipt for your most recent transaction or in your savings register.

## HOW TO BALANCE YOUR CHECKING ACCOUNT

**CHECKS/WITHDRAWALS OUTSTANDING**

| NUMBER/MERCHANT | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | $ |

Current Balance From Statement $ _____

Add: Deposits NOT Included in This Statement _____

_____

_____

_____

Total $ _____

Less: Checks/Withdrawals Outstanding _____

Revised Current Balance $ _____

Checkbook Balance $ _____

Add: Interest Earned $ _____

Less: Service Charges _____

Revised Checkbook Balance $ _____

IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

☐ HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK/WITHDRAWAL IN YOUR CHECKBOOK REGISTER?

☐ ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED IN YOUR CHECKBOOK REGISTER THE SAME AS THOSE SHOWN ON THIS STATEMENT?

☐ HAVE ALL CHECKS/WITHDRAWALS BEEN DEDUCTED FROM YOUR CHECKBOOK BALANCE?

☐ HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS IN YOUR CHECKBOOK REGISTER?

☐ HAVE YOU CARRIED THE CORRECT BALANCES FORWARD WHEN WRITING CHECKS/WITHDRAWALS OR ENTERING DEPOSITS?

☐ HAVE YOU ENTERED ALL BANK CARD AND AUTOMATIC TRANSFER TRANSACTIONS IN YOUR CHECKBOOK REGISTER?

*THESE TOTALS SHOULD AGREE*

If your current balance does not agree with the balance in your checking account register, review your records for errors in addition and subtraction. Also, make certain that the dollar amount for each check on the statement is the same as the amount you wrote in your checking account register. If you need further assistance, please contact us at 1-800-624-5200 or 624-5200 (Roswell area).

IN CASE OF ERRORS OR QUESTIONS ABOUT ANY ELECTRONIC TRANSFER, telephone us at 1-800-624-5200 or 624-5200 (Roswell area) or write us at P.O. Box 130, Roswell, NM 88202 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  (1) Tell us your name and account number.
  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For point-of-sale transfers and foreign-initiated electronic fund transfers, we may take 10 business days after we hear from you to tell you the results of our investigation, or alternately, recredit your account and resolve the error within 90 days.

IF YOU REGULARLY RECEIVE PREAUTHORIZED ELECTRONIC DEPOSITS TO YOUR ACCOUNT, you may call us at 1-800-624-5200 or 624-5200 (Roswell area) to find out whether or not the deposit was made.





Check 14505 DATE 1192011 Amount $2,427.27



Check 14506 DATE 1312011 Amount $2,427.27

**ATTACHMENT 5B**

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

NAME OF BANK:          Pioneer Bank                          BRANCH:

ACCOUNT NAME:          Millennium Transit Services, LLC

ACCOUNT NUMBER:               103150685

PURPOSE OF ACCOUNT:   PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|

**See Attached Check Reconcilition**

Name of Debtor:   Millennium Transit Services, LLC                    Case Number:   08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r20/Region_20.htm.

NAME OF BANK:        None                                    BRANCH:

ACCOUNT NAME:        None                          ACCOUNT NUMBER:              None

PURPOSE OF ACCOUNT:          Tax

| | |
|---|---|
| Ending Balance per Bank Statement | $            - |
| Plus Total Amount of Outstanding Deposits | $            - |
| Minus Total Amount of Outstanding Checks and other debits | $            - |
| Minus Service Charges | $            - |
| Ending Balance per Check Register | $            - |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:
_____

The following disbursements were paid by Cash:

( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Name of Debtor:   Millennium Transit Services, LLC          Case Number:   08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

NAME OF BANK:          None                          BRANCH:

ACCOUNT NAME:          None

ACCOUNT NUMBER:                 None

PURPOSE OF ACCOUNT:   None

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|

**NONE**

SUMMARY OF TAXES PAID

| | | | |
|---|---|---|---|
| Payroll Taxes Paid | $ | 10,953.46 | (a) |
| Sales & Use Taxes Paid | | | (b) |
| Other Taxes Paid | | | (c) |
| TOTAL | $ | 10,953.46 | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|
| | | None | |
| | | TOTAL | 0 (a) |

**ˊ CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | None | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $        0        (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Case 08-12848-s11    Doc 184    Filed 02/18/11    Entered 02/18/11 08:56:43 Page 31 of 36
MOR - 14

Name of Debtor:  Millennium Transit Services, LLC            Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:   Millennium Transit Services, LLC          Case Number:   08-12848-m11

### For the Period Beginning 1/01/11 and Ending 1/31/2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | None | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 8 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 8 | 0 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due | |
|---|---|---|---|---|---|---|
| Mountain States Mutual Casualty | 505-764-1400 | WCA 0086932 01 05 | Work Comp | 04/01/2011 | 1/1/2011 | * |
| IRG | 602-787-6292 | LHD415189 | Property | 01/31/2011 | 1/1/2011 | |
| IRG | 602-787-6292 | ERCA000113 | Property | 01/31/2011 | 1/1/2011 | |
| IRG | 602-787-6292 | YSP1880 | Property | 01/31/2011 | 1/1/2011 | |
| IRG | 800-456-8458 | AR6360381 | Product Gen Liab | 11/30/2010 | 1/1/2011 | |
| IRG/ Philadelphia Indemnity | 610-617-7900 | PHSD374570 | Director & Officers | 01/09/2011 | 1/1/2011 | |
| Transamerica   (Pioneer Bank) | | 42197999 | Mort Life | 02/05/2050 | 1/1/2011 | |
| Transamerica   (Pioneer Bank) | | 42198001 | Mort Life | 02/28/2054 | 1/1/2011 | |
| Transamerica   (Pioneer Bank) | | 42198004 | Mort Life | 03/05/2060 | 1/1/2011 | |
| Anthem Blue Cross Blue Shield / F&P | 970-506-3242 | 195389M001 | Health Dental | 1/1/2011 | 1/1/2011 | |
| Ameritas  / F&P | 970-506-3242 | 026128-00002 | Vision | 1/1/2011 | 1/1/2011 | |
| Guardian/ F&P | 970-506-3242 | 853985 | Life, ADD | 1/1/2011 | 1/1/2011 | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinst | Reason for Lapse |
|---|---|---|---|

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all Insurance Policies

Name of Debtor: __Millennium Transit Services, LLC__        Case Number: __08-12848-m11__

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r20/Region_20.htm.   If bank accounts other than the three required by t

NAME OF BANK: __Pioneer Money Market Checking__        BRANCH:

ACCOUNT NAME: __Millennium Transit Services,LLC__   ACCOUNT NUMBER: _____01-03149553_____

PURPOSE OF ACCOUNT: __Pre-Petition Money Market__

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:

_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

**Reason for Cash Disbursement**

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
 "Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Name of Debtor:  Millennium Transit Services, LLC          Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r20/Region_20.htm.    If bank accounts other than the three required by t

NAME OF BANK:   Guaranty Bank & Trust          BRANCH:

ACCOUNT NAME: Millennium Transit Services,LLC   ACCOUNT NUMBER:          1300042514

PURPOSE OF ACCOUNT:   Pre Petition Account

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

**Reason for Cash Disbursement**
Account being inactivied for now  Minimuim amount left in bank to keep it open
Cash move the DIP account at New Mexico Bank & Trust.

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
 "Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Name of Debtor:  Millennium Transit Services, LLC         Case Number:  08-12848-m11

**For the Period Beginning 1/01/11 and Ending 1/31/2010**

NAME OF BANK:        Guarantee Bank & Trust

ACCOUNT NAME:       Millennium Transit Services,LLC

ACCOUNT NUMBER:     1300046064

PURPOSE OF ACCOUNT:  OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| | | NONE | |